## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-20577-CR-KMM

**UNITED STATES OF AMERICA**

**vs.**

**DAVIE JULIAN RODRIGUEZ,**

 **Defendant.**

_____/

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S
### MOTION TO CONTINUE TRIAL

The United States hereby files this opposition to the Defendant's motion to continue trial, which was filed this afternoon as docket entry 66.

1.      Trial in this case is scheduled to begin on Monday, December 15, 2014, or Tuesday, December 16, 2014.  The government anticipates this trial lasting two days or less.

2.      This case previously was scheduled for the two-week period commencing on November 17, 2014, but due to the Court's trial calendar, it was reset to the December 1, 2014, trial period and then ultimately was scheduled as trial number three for the period commencing on December 8, 2014.[1]

3.      The government is prepared to commence trial as scheduled, on Monday or Tuesday of this upcoming week, and fully anticipates the trial to be completed by the close of business on Wednesday, December 17, 2014.

---

[1] This case originally was scheduled for the trial period commencing on October 6, 2014, but the Government filed an unopposed motion to continue the trial, because the undersigned had a specially set trial on October 6, 2014, before Judge Middlebrooks and a mandatory DOJ two-week training course at the National Advocacy Center from October 28, 2014, through November 6, 2014.

4.      On December 12, 2014, the Friday before a Monday trial, after having been on notice of the impending trial date for some time, the defense filed a motion to continue this trial and advised the government of its intention minutes before.  In the motion, counsel for the defendant explained that he is not available on Friday, December 19, 2014, because of a trip with his son.  He also adds that he has a restitution hearing in another federal case on Monday, December 15, 2014.

5.      The government opposes this continuance request for the following reasons.

6.      First, even if we cannot commence this trial on Monday on account of defense counsel's restitution hearing, certainly we can start on Tuesday and be finished well before the defense attorney needs to leave on December 19, 2014—thereby posing no problem with his anticipated leave or his childcare commitments.

7.      Secondly, as the Government advised during the previous calendar call, the lead government witness in this case is leaving for a pre-planned holiday vacation on December 19, 2014, through January 5, 2014.

8.      Third, the Government and its witnesses have devoted substantial resources to preparing this case to go to trial three times—once leading up to the November 17, 2014, trial period, a second time leading up to the December 1, 2014, period, and now in anticipation of a Monday or Tuesday start date next week.  The government is available at this Court's discretion, of course, and fully understands that accommodations have to be made.  But in this case, the Government respectfully submits that a continuance is unnecessary and not in the interests of justice.  Not only can the trial be completed before December 19, 2014, thereby obviating any conflict with defense counsel's schedule.  But if another continuance were to be granted, the government would have to put this case on hold again, reschedule preparation times all over

2

again with its witnesses, and then meet again with its witnesses after the undetermined gap in time.  Under these circumstances, given the fact that this trial can be finished before December 19, 2014, requiring the Government and its witnesses to persist in the unknown, up and down posture of trial preparation is unnecessary.

9.      Finally, it is worth noting that the government learned for the first time of the defense's motion to continue today, on a Friday before a Monday or Tuesday trial—after the government has been gearing up and getting all of its matters in order under the assumption that trial was to proceed as planned on Monday or Tuesday.

WHEREFORE the United States respectfully opposes the defense's request for a continuance in this case.


Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    /s/ Aileen M. Cannon_____
       Aileen M. Cannon
       Assistant United States Attorney
       Fla. Bar No. 0101484
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Aileen.cannon@usdoj.gov
       Tel: (305) 961-9002
       Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 12, 2014, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.


                       */s/ Aileen M. Cannon*
                       Aileen M. Cannon